**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARCIA MORALES EMERSON EMANUEL,<br><br>Petitioner,<br><br>v.<br><br>JOSHUA JOHNSON, et al.,<br><br>Respondents. | Case No. ED CV 26-4906 FMO (KS)<br><br>**ORDER RE: PENDING MOTIONS** |

The court is in receipt of Garcia Morales Emerson Emanuel's ("petitioner") Motion to Withdraw a Writ of Habeas Corpus (Dkt. 13, "Motion"). Petitioner has chosen to depart to his home country and withdraw his Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"). (See Dkt. 13, Motion at 1). Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT:

1. Petitioner's Motion **(Document No. 13)** is **granted**.

2. Petitioner's Petition and Fee Waiver Request **(Document Nos. 1 & 4)** are **denied as moot**.

3. The above-captioned case is **dismissed without prejudice**.

Dated this 6th day of October, 2026.

/s/

Fernando M. Olguin

United States District Judge