JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GARCIA MORALES EMERSON EMANUEL,<br><br>Petitioner,<br><br>v.<br><br>JOSHUA JOHNSON, et al.,<br><br>Respondents. | ) | Case No. ED CV 26-4906 FMO (KS)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 6th day of October, 2026.

/s/
Fernando M. Olguin
United States District Judge